Case: 2:25−cv−11590
Assigned To : Parker, Linda V.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/29/2025
Description: CMP HARRIS V. WINFREY ET AL (NA)

**STATE OF MICHIGAN IN THE CIRCUIT CORT DIETE CENTY OF WAYNE**

**Jaylin Harris**

**Plaintiff,**                **Case No.**

**Vs**.

**JANICE WINFREY, in her official capacity as City of Detroit Clerk, and CITY OF DETROIT ELECTION COMMISSION,**

**Defendant**.

_____

_____

**There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.**

**Emergency COMPLAINT FOR MANDAMUS AND INJENCTIVE RELIEF**

. /s/Jaylin Harris

**NOW COMES** Plaintiff, Jaylin Harris, by and through himself, and for his Emergency COMPLAINT FOR MANDAMUS AND INJENCTIVE RELIEFAGAINST JANICE WINFREY, in her official capacity as City of Detroit Clerk, and CITY OF DETROIT ELECTION COMMISSION, states as follows:

       **INTRODUCTION**

**1. INTRODUCTION Plaintiff Jaylin Harris Ran For School Board For Detroit Public Schools back in 2024**

2. Plaintiff was told that he couldn't ran because he has a back balance regarding his campaign finance dated back in 2021

3. Plaintiff was told that he couldn't ran because he has a back balance regarding his campaign finance dated back in 2021 Plaintiff was not aware of any back balance until last year 2024 when the plaintiff tried to run for public office but was told he was disqualified because of the back balance.

4. Plaintiff did not recive any mail from the Defendant or any form of contact regarding his back balance

5. Now Defendant is claiming I cannot run for Police Commissioner Seat in District 1 because my Driver license does not match my residency in District despite me living in District 1 as of June 26, 2025 it will be a full year since I have live in this District and I bought my house in District1 on June 26, 2024 ( see exhibit 1)

6.Defendant told plaintiff he can run in District 3 because the address on he's Driver License is in that district.

7. Plaintiff told Defendant it doesn't make any sense because then plaintiff will be in violation of the law by running for a public office in a district he does not live in.

8. If plaintiff was to update his license right now he wouldn't beeligible to run for public office because it will show he just change his address and despite him having proof that he lives in District 1 he won't be eligible because he just change the address

9. Within this requirement does it say your address on your driver license has to be current ( see exhibit 2)
https://detroitmi.gov/sites/detroitmi.localhost/files/2021-02/2021%20Municipal%20Election%20Requirements.pdf

10. See Article 2 General Provisions

https://media.mlive.com/news/detroit_impact/other/Detroit%20City%20Charter.pdf

WHEREFORE, Plaintiff requests that this Honorable Court enter an order:

A. Granting Plaintiff be able to run as a write in candidate for Police Commissioner Seat

B. Granting Plaintiff be able to run within his district which is District 1 despite his Driver License not being updated

**C. Granting Plaintiff when he does update his Driver License that he be allowed to run for the open seat within District 1**

I declare, under the penalty of perjury, that the above information is true to

the best of my knowledge, information and belief.

S/ _____

**Jaylin M Harris, Defendant**

**Email:**

jaylinhar12@gmail.com Phone: (313) 713-2447

 **Address: 13511 manor st Detroit MI 48238**

May 29, 2025

| Parcel Number: 16045828. | | Jurisdiction: CITY OF DETROIT | | | | County: WAYNE | | | Printed on | 05/28/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Grantor | Grantee | Sale Price | Sale Date | Inst. Type | Terms of Sale | | Liber & Page | Verified By | | Prcnt. Trans. |
| AOUFANTA REALTY LLC | HARRIS, JAYLIN | 43,500 | 06/26/2024 | WD | 03-ARM'S LENGTH | | 2024195823 | PROPERTY TRANSFER | | 100.0 |
| M&F HOUSING | CONDE, FANTA | 42,500 | 10/01/2020 | PTA | 21-NOT USED/OTHER | | | PROPERTY TRANSFER | | 100.0 |
| FANNIE MAE, FEDERAL NATION | M & F HOUSING LLC | 9,250 | 02/05/2020 | OTH | 03-ARM'S LENGTH | | 2020035029 | OTHER | | 100.0 |
| WAYNE COUNTY SHERIFF | FANNIE MAE | 15,000 | 09/26/2019 | SD | 10-FORECLOSURE | | | PROPERTY TRANSFER | | 0.0 |

Property Address
13511 MANOR

Class: RESIDENTIAL-IMPRO   Zoning: R1
School: DETROIT CITY SCHOOL DISTRICT

Owner's Name/Address
HARRIS, JAYLIN
13511 MANOR
DETROIT MI 48238

**P.R.E. 100% 08/30/2024**
WARD#: 16
2026 Est TCV 22,824   TCV/TFA: 22.14

X Improved   Vacant

| Public Improvements | |
|---|---|
|  | Dirt Road |
|  | Gravel Road |
| X | Paved Road |
| X | Storm Sewer |
| X | Sidewalk |
| X | Water |
| X | Sewer |
| X | Electric |
| X | Gas |
|  | Curb |
| X | Street Lights |
| X | Standard Utilities |
|  | Underground Utils. |

Tax Description
W MANOR 481 GLENDALE GARDENS SUB L33 P24
PLATS, W C R 16/242 35 X 101

Comments/Influences
10/28/19 RETURN MAIL ANK/UTF 4/20/19
CA

Land Value Estimates for Land Table 7R716.7R716-NORTHWEST COMMUNITY-GROUP A
* Factors *
Description   Frontage  Depth  Front  Depth  Rate %Adj. Reason                     Value
              35.00    101.00 1.0000 0.0000   0   100*                               0
SQ FT RATE BY SIZE      3,528.000 Sq Ft  0.25  100                                 893
* denotes lines that do not contribute to the total acreage calculation.
35 Actual Front Feet, 0.08 Total Acres    Total Est. Land Value =                 893

Land Improvement Cost Estimates
Description                         Rate      Size   % Good    Cash Value
D/W/P: 4in Concrete                 7.04      400      20         563
Fencing: Wire Mesh, #11             3.49      100      20          70
                Total Estimated Land Improvements True Cash Value =  633

Topography of Site
X Level
  Rolling
X Low
  High
  Landscaped
  Swamp
  Wooded
  Pond
  Waterfront
  Ravine
  Wetland
  Flood Plain

| Who | When | What |
|---|---|---|
| CB | 03/31/2021 | DESKTOP RE |
| TYL | 03/23/2016 | TYL-FINAL |
| TYL | 05/28/2015 | TYL-ADV RE |

| Year | Land Value | Building Value | Assessed Value | Board of Review | Tribunal/Other | Taxable Value |
|---|---|---|---|---|---|---|
| 2026 | 400 | 11,000 | 11,400 | | | 11,400S |
| 2025 | 400 | 12,300 | 12,700 | | | 12,700S |
| 2024 | 200 | 9,400 | 9,600 | | | 5,323C |
| 2023 | 200 | 7,900 | 8,100 | 7,695M | 7,695A | 5,070C |

The Equalizer. Copyright (c) 1999 - 2009.
Licensed To: City of Detroit, County of
Wayne, Michigan

*** Information herein deemed reliable but not guaranteed ***

# ARTICLE 2.
# GENERAL PROVISIONS

## Sec. 2-101. Qualifications for Elective Officers and Appointive Officers.

A person seeking elective office must be a citizen of the United States, a resident and a qualified and registered voter of the City of Detroit for one (1) year at the time of filing for office, and retain that status throughout their tenure in any such elective office. In addition, any person seeking office from a non at-large district must be a resident and qualified, registered voter in such district for one (1) year at the time of filing for office, and retain such status throughout their tenure.

For any appointive city office, a person must be qualified to perform the duties of the office at the time of assuming the office and at all times while holding the office. The person's citizenship, residence and voter registration status shall be as required or permitted by this Charter or applicable law.

> **COMMENTARY:** The 1997 Charter has no stated durational residency requirement for elected officials. In contrast, consistent with state and federal law, this Charter imposes a one (1) year residency requirement for persons seeking elective office. An additional qualification for candidates seeking election from a non at-large district is that they reside in that district for at least one (1) year prior to filing for office. Requiring that candidates for elective office reside for a specified period of time in the community they seek to serve makes it more likely that elected officials will be intimately familiar with the unique issues impacting their communities.
>
> Lastly, the residency requirement for appointed officers has been eliminated as inconsistent with state law and modified to reflect the City of Detroit's right to establish residency requirements for employees as currently provided by law. MCL 15.601, et al.. This section now requires that appointed officers be qualified to perform the duties of the office at the time of appointment and throughout their tenure.

## Sec. 2-102. Term of Office.

The term of every elective city officer is four (4) years and commences at noon on the first (1st) day of January after the regular city general election.

## Sec. 2-103. Oath of Office.

Every elective officer and every appointee before entering on official duties shall take and subscribe the following oath before the Detroit City Clerk: "I do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of this state and that I will faithfully discharge the duties of office to the best of my ability." The original of the oath shall be filed in the Office of the City Clerk and a copy provided to the elective officer or the appointee.

> **COMMENTARY:** This section has been revised to require that elective officers and appointees give their statutorily required oath of office before the City Clerk and requires that a copy of the oath be provided to the elective officer or appointee.

2 of 5

## 2021 MUNICIPAL ELECTION REQUIREMENTS
## Candidates for Offices of
## MAYOR, CITY CLERK
## CITY COUNCIL AND POLICE COMMISSIONER

| Statutory Reference: | | |
|---|---|---|
| 168.641 (1)(c)** 3-105* | Date of Primary Election: | August 3, 2021 |
| 168.641(1)(d)** 3-105* | Date of General Election: | November 2, 2021 |
| 3-107* | Officer to be Elected: | Mayor, City Clerk, City Council: Two (2) At-Large & Seven (7) Districts, Police Commissioner: Seven (7) Districts |
| 168.644 (h)** 2-102* | Term of Office: | Four (4) years: January 1, 2022 @ Noon – January 1, 2026 |
| 2-101* 3-111* | Qualifications for Office: | Citizen of United States, a resident and a qualified and registered voter of the City Detroit (At-Large); of the district (Non At-Large) for (1) year at the time of filing, and retain status throughout their tenure in elected office. |
| 3-109* | Method of Filing: | Non-Partisan Nominating Petitions |
| 168.546** | Where to pick up Petitions: | Department of Elections- 2978 W. Grand Blvd. Office of City Clerk – Coleman A. Young Municipal Center, 2 Woodward Ave. – Suite 200 |
| 168.544c** Revised 2015 | Certificate of Circulator: | The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the City or Township listed in the heading of the petition, and the elector was qualified to sign the petition. ☐ If the circulator is not a resident of Michigan, the circulator shall make a cross [X] or check mark [✓] in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. |

*City Charter
**Michigan Election Law
Revised: 11/16/2020

-Over-

| Statutory Reference: | | |
|---|---|---|
| 3-109* As amended 11-20-2012 | Petitions Requirements: | **Mayor, City Clerk & City Council At-Large** Shall be signed by a number of qualified registered voters of the City. **City Council & Police Commissioner by District** Shall be signed by a number of qualified registered voters of the district. |
| 3-109* | Signatures | **MAYOR, CITY CLERK &**     **CITY COUNCIL DISTS** |