UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAYLIN HARRIS,<br>　　　　　　　Plaintiff,<br>v.<br>JANICE WINFREY and CITY OF DETROIT ELECTION COMMISSION,<br>　　　　　　　Defendants.<br>_____/ | Case No. 25-11590<br><br>Linda V. Parker<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
**(ECF No. 29)**

In the Report and Recommendation filed concurrently with this Order, the undersigned recommends granting Defendants' motion to dismiss.  Accordingly, Plaintiff's motion for entry of default against Defendants is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in

effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich.

Local Rule 72.2.

Date: September 30, 2025          s/Curtis Ivy, Jr.
                                             Curtis Ivy, Jr.
                                             United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on September 30, 2025.

                                             s/Sara Krause
                                             Case Manager
                                             (810) 341-7850